

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/12

## Law Office of
## David Wims

1430 Pitkin Ave., 2ⁿᵈ Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: davidwims@hotmail.com
http://www.wimslaw.com

July 9, 2012

## VIA FACSIMILE
## (212) 805-7900

Honorable Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:**    **Short _et ano_ v. Manhattan Apts., Inc. _et al_ (11 CV 5989)(KMW)**

Dear Judge Wood:

As you know, I represent Defendants Manhattan Apartments, Inc. and Abba Realty Associates,

Inc. in the above referenced proceeding. I write pursuant to Your Order of July 2, 2012, in which

You directed Defendant Manhattan Apartments, Inc. ("Manhattan") to produce all documents

requested by Plaintiffs by July 10, 2012, upon Plaintiffs' motion to compel the production of the

same.

Given the sensitive and proprietary nature of the information requested, attached as Exhibit A is a

proposed Stipulation and Order of Confidentiality for the Court's endorsement. Defendant

Manhattan hereby reaffirms its intent to keep confidential all such information produced, and

specifically reserves all rights regarding said production.

In response to Your Order of July 2, 2012, Defendant Manhattan, with its counsel, again analyzed

and reviewed its electronic databases of rental listings to identify responsive documents.

Specifically, Plaintiffs' requests at issue are the following:

Law Office of David Wims                                                                7/9/2012
_____

1.  The screens for each landlord account <u>and</u> for each rental listing in the database

from July 1, 2010 to June 30, 2011 containing information about rental listings,

occupancy date, price and the landlord's rental requirements.

2.  The screens from the closed listings database that contains information about

apartments rented from July 1, 2010 to June 30, 2011.

With respect to the first item, Defendant Manhattan has advised Plaintiffs' counsel that it has no

such documents. Defendant Manhattan maintains two databases – one for active listings and

one for closed listings. Several of Defendant Manhattan's employees - Ariana Dedes and Jonas

Sigle, confirmed that its active listings database does not contain landlord accounts and rental

listings from July 1, 2010 to June 30, 2011. The active database contains only active listings. It

cannot be queried by date, and when a new listing is entered, it replaces the prior listing from the

same landlord, or account. Defendant Manhattan will respond formally to Plaintiffs' first request

by affidavit to that effect by the deadline set in Your Order of July 2, 2012. As a result, Defendant

Manhattan does not possess documents responsive to the first request.

With respect to the second item, Defendant Manhattan is producing in hard copy the screens

from the closed listings database that contains information about apartments rented from July 1,

2010 to June 30, 2011. Because its closed listings database also may not be queried by date, it

is necessary to print the screens from all of the listings in the database and then review and

select only those responsive to the applicable request.

Although Defendant Manhattan currently is in the midst of this print and review of the closed

listings, the closed listings database contains over 20,000 multi-screen/page listings, thus

requiring additional time in which to produce the responsive documents. As such, we respectfully

_____

ask the Court to extend the time for Defendant Manhattan to produce said documents from July

10, 2012 to July 17, 2012.

This is Defendant Manhattan's third request for an extension of the discovery deadline. Plaintiffs,

by and through their counsel, consent to this application. If granted, this request will affect the

currently scheduled conference for July 18, 2012 at 11:00 am. A proposed, revised Scheduling

Order is attached herewith as Exhibit B.

Thank You for Your time and attention.

Respectfully yours,

David C. Wims, Esq. (DW-6964)

cc: Armen Merjian, Esq. (via Facsimile)
Diane Houk, Esq. (via Facsimile)

*The extension of the discovery deadline is granted, to July 17, 2012. The currently scheduled conference is adjourned to July 31 at 4:30 p.m.*

7-10-12

SO ORDERED, N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.